UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM TRIPP, INDIVIDUALLY AND WILLIAM TRIPP D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br>Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY<br>Defendants. | CIVIL ACTION NO.<br><br>CA 07 125 |

**NOTICE OF REMOVAL BY DEFENDANT, HARTFORD CASUALTY INSURANCE COMPANY, PURSUANT TO 28 U.S.C. §§ 1446(a) & 1332(a)(1)**

Defendant HARTFORD CASUALTY INSURANCE COMPANY (hereinafter referred to as "HARTFORD"), hereby notifies you pursuant to 28 U.S.C. § 1446(a) of the following:

1. HARTFORD has been named as a defendant in a civil action commenced in the Superior Court of Providence, in the State of Rhode Island, entitled as captioned above, Docket No. 06-038, by service of a Summons and Complaint. Annexed hereto as "Exhibit A" is a true and complete copy of plaintiff's Complaint and Jury Claim. No other pleadings or proceedings have been had in that action.

2. The plaintiff, William Tripp, d/b/a Tripp Design & Naval Architecture is a resident of the State of Connecticut (See, ¶1 of "Exhibit A").

3. HARTFORD is incorporated in the State of Indiana and maintains its principal place of business at 4040 Vincennes Circle, Suite 100, Indianapolis, Indiana 46268. Annexed hereto as "Exhibit B" is a true and accurate copy of the Certificate of Existence executed under seal by Todd Rokita, Secretary of State of the State of Indiana on April 2, 2007. Also attached as

"Exhibit C" is a true and accurate copy of the records from the Indiana Secretary of State confirming the current address.

4. The underlying action in the Superior Court of Providence County, in the State of Rhode Island, incorporates by reference the pending action in this Federal court entitled, Jack Foley et al v. Steven M. Loeb et al v. Blair Brown, C.A. No. 06-CV-00053-LDA. In the Foley case incorporated at ¶8 of "Exhibit A", the plaintiffs have sought damages in excess of $75,000.00 in an admiralty case. The underlying action seeks, inter alia, compensatory damages for the defense costs and indemnity for the plaintiff insofar as he is a defendant in the Foley case.

5. The underlying action in the Superior Court of Providence County, in the State of Rhode Island, is an action between parties to an insurance contract where the plaintiff and defendant are citizens of different states and the underlying dispute relates to coverage for liability in an admiralty matter. Insofar as the matter in controversy relates to the defense and indemnity obligation in the Foley case, where the controversy exceeds the sum or value of $75,000.00, the defendant, HARTFORD, is entitled to removal pursuant to 28 U.S.C. §1332(a)(1). Insofar as the insurance claim is directly related to a pending admiralty matter, this court also has jurisdiction under 28 U.S.C. § 1331.

6. No previous application for the relief sought herein has been made to this or any other Court.

7. This Notice is timely filed as required by Title 28 U.S.C. § 1446(b).

8. Pursuant to 28 U.S.C. § 1446(d), the defendant is providing written notice of this removal to all parties in the Providence Superior Court action and is filing a copy of this Notice of Removal with the Clerk of the Providence Superior Court.

9. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon the defendant in the Superior Court action which give rise to the defendant's right of removal are attached to this Notice of Removal.

10. In accordance with Local Rule 81(a) & (b), certified or attested copies of all records and proceedings in the Superior Court action, and a certified or attested copy of all docket entries, will be filed with this Court within ten (10) days.

WHEREFORE, defendant HARTFORD hereby notifies you that the above-entitled action now pending in the Superior Court of Providence County, in the State of Rhode Island, is hereby removed to this Honorable Court.

April 3, 2007

Respectfully submitted,
HARTFORD CASUALTY INSURANCE COMPANY

By its attorneys,

Kevin C. Cain - R.I. Bar #3960
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

PABOS2:KCAIN:658557_1

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury
DATED: 4/3/07