GL00006144400

33710

CSC.

CORPORATION SERVICE COMPANY

AP1 / ALL
Transmittal Number: 5060304
Date Processed: 03/22/2007

# Notice of Service of Process

**Primary Contact:** Mr. Michael Johnson Law Department
The Hartford
One Hartford Plaza
Law Department
Hartford, CT 06105

RECEIVED
MAR 26 '07
SELECT LITIGATION CLAIMS

LAW DEPARTMENT
MAR 23 '07
RECEIVED

| | |
|---|---|
| **Entity:** | Hartford Casualty Insurance Company<br>Entity ID Number 2344251 |
| **Entity Served:** | Hartford Casualty Insurance Company |
| **Title of Action:** | William Tripp vs. Harford Casualty Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court:** | Providence County Superior Court, Rhode Island |
| **Case Number:** | 06-038 |
| **Jurisdiction Served:** | Rhode Island |
| **Date Served on CSC:** | 03/21/2007 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Plaintiff's Attorney:** | Thomas C. Plunkett<br>401-831-2900 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Business Regulation
INSURANCE DIVISION
233 Richmond Street, Suite 233
Providence, RI 02903 - 4233
TELEPHONE NO. (401) 222-2223

FAX No. (401) 222-5475
TDD No. (401) 222-2999

March 19, 2007

Hartford Casualty Insurance Company
Corporation Service Company
222 Jefferson Blvd., Ste 200
Warwick RI 02888

Dear Sir or Madam:

Enclosed is a copy of a summons served upon me in the case of:

**William Tripp, individually and**
**William Tripp d/b/a Tripp Design**
**Naval Architecture**

**vs**

**Hartford Casualty Insurance**
**Company**

Kindly acknowledge receipt of the above at your earliest convenience.

RETURN DATE (WITHIN 20 DAYS)

Very truly yours,

Associate Director/Superintendent of
Insurance

DMA
Enclosures

CERTIFIED MAIL

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. ..........................

WILLIAM TRIPP, INDIVIDUALLY AND WILLIAM TRIPP D/B/A TRIPP DESIGN NAVAL ARCHITECTURE
Plaintiff

HARTFORD CASUALTY INSURANCE COMPANY
Defendant

***Summons***

Hartford Casualty Insurance Company
c/o Rhode Island Insurance Commissioner

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon THOMAS C. PLUNKETT, ESQ. Plaintiff's attorney, whose address is 91 Friendship Street, Providence, RI an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: March 14, 2007

(Seal of the Superior Court)

A TRUE COPY ATTEST
ALFRED J. HARRIS
CONSTABLE # 6060
DATE: 3/16/07

# State of Rhode Island and Providence Plantations

........................................, SC

## PROOF OF SERVICE

I hereby certify that on the ........................................ day of ........................................ I served a copy of this summons and a copy of the complaint received therewith upon ................................................................................ in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ................................................................................ (Address) ........................................, with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his/her usual place of abode, ................................................................................, with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ................................................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

................................................................................

................................................................................

................................................................................

Sheriff's Fees

Travel .......................... $..........................

Service .......................... $..........................

$..........................

........................................ Deputy Sheriff

CIVIL ACTION

FILE NO. ........................................

SUMMONS

SUPERIOR COURT

WILLIAM TRIPP, INDIVIDUALLY AND WILLIAM TRIPP d/b/a TRIPP DESIGN NAVAL ARCHITECTURE

VS

HARTFORD CASUALTY INSURANCE COMPANY

THOMAS C. PLUNKETT, ESQ.

ATTORNEY FOR PLAINTIFF

Please serve: Insurance Commissioner
233 Richmond St.
Providence, RI 02903

to constable 3-14-07

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

06 038

STATE OF RHODE ISLAND
PROVIDENCE SC.

SUPERIOR COURT

WILLIAM TRIPP, INDIVIDUALLY AND
WILLIAM TRIPP D/B/A TRIPP DESIGN
NAVAL ARCHITECTURE

LAW DEPARTMENT
MAR 23 '07
RECEIVED

VS. C.A. #

HARTFORD CASUALTY INSURANCE
COMPANY

COMPLAINT

COUNT I

1. The plaintiff William Tripp, d/b/a Tripp Design & Naval Architecture is a resident of the State of Connecticut.

2. The defendant Hartford Casualty Insurance Company, hereinafter Hartford, is an insurer doing business in the State of Rhode Island and having the necessary minimum contacts with the State of Rhode Island.

3. On or about July 14, 2002, the plaintiff was a crew member on a boat named Sirena which was sailing in a race in waters of the State of Rhode Island off the coast of Newport, Rhode Island.

4. At said date and place, participating in the same race was a boat named Sforzando.

5. During the course of the race, the two boats came in contact with one another.

6. At the time of the incident, the Sirena was owned by Blad Co., Inc. and skippered by Steven M. Loeb.

7. At the time of the incident the defendant Hartford had in effect a policy of insurance issued to the plaintiff in his individual and/or business capacities and the plaintiff was an insured under the policy.

8. As a result of the incident, claims were made and suit was brought by Jack Foley, Mary O'Donoghue, and David Robbins against Blad Co. Inc., Steven M. Loeb, and the plaintiff Tripp. The suit is now pending in the United States District Court for the District of Rhode Island.

9. The plaintiff Tripp has requested that the defendant Hartford provide coverage to him including indemnity and a defense as an insured under its policy for the claims and the suit but the defendant Hartford has failed to do so.

10. The defendant Hartford has breached the terms of the contract providing coverage to the plaintiff.

11. Plaintiff seeks a declaration of rights under the terms of the policy issued by the defendant Hartford that he is entitled to coverage including indemnity and a defense for the claims made and suit brought by Jack Foley, Mary O'Donoghue, and David Robbins.

WHEREFORE, plaintiff requests the court to issue a declaratory judgment determining that he is entitled to coverage including indemnity and a defense under the policy issued by the defendant Hartford for the claims made and suit brought by Jack Foley, Mary O'Donoghue, and David Robbins.

COUNT II

1. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-10 of Count I.

2. As a result of the breach of contract by the defendant Hartford, the plaintiff has suffered and will suffer damages.

3. The amount in controversy is sufficient to confer jurisdiction on this court.

WHEREFORE, plaintiff demands judgment against the defendant Hartford for compensatory damages, interest and costs and attorney's fees pursuant to R.I.G.L. 9-1-45.

COUNT III

1. Plaintiff hereby incorporates by reference the allegation contained in paragraphs 1-10 of Count I.

2. The defendant Hartford has acted wrongfully and in bad faith in regard to the plaintiff.

3. As a result of the breach of contract by and the conduct of the defendant Hartford, the plaintiff has suffered and will suffer damages.

4. The amount in controversy is sufficient to confer jurisdiction on this court.

WHEREFORE, plaintiff demands judgment against the defendant Hartford for punitive damages plus interest, costs and attorney's fees.

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: tplunkett@kprlaw.com

Plaintiff hereby requests a trial by jury on all issues so triable.

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: tplunkett@kprlaw.com

Dated: March 14, 2007

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
Department of Business Regulation
INSURANCE DIVISION
233 Richmond Street, Suite 233
Providence, R.I. 02903-4233

CERTIFIED MAIL™

7004 0750 0002 4545 9567

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004225471
$ 03.03⁰
MAR 20 2007
MAILED FROM ZIP CODE 02903

Hartford Casualty Insurance Company
Corporation Service Company
222 Jefferson Blvd., Ste 200
Warwick RI 02888

0288883855 C022

7004 0750 0002 4595 9567