**STATE OF INDIANA**
**OFFICE OF THE SECRETARY OF STATE**
**CERTIFICATE OF EXISTENCE**

To Whom These Presents Come, Greetings:

I, TODD ROKITA, Secretary of State of Indiana, do hereby certify that I am, by virtue of the laws of the State of Indiana, the custodian of the corporate records, and proper official to execute this certificate.

I further certify that records of this office disclose that

**HARTFORD CASUALTY INSURANCE COMPANY**

duly filed the requisite documents to commence business activities under the laws of State of Indiana on March 05, 1987, and was in existence or authorized to transact business in the State of Indiana on April 02, 2007.

I further certify this For-Profit Domestic Corporation has filed its most recent report required by Indiana law with the Secretary of State, or is not yet required to file such report, and that no notice of withdrawal, dissolution or expiration has been filed or taken place.




In Witness Whereof, I have hereunto set my hand and affixed the seal of the State of Indiana, at the city of Indianapolis, this Second Day of April, 2007.

TODD ROKITA, Secretary of State

198703-178 / 2007040235773