*Name Searched On:*
**HARTFORD CASUALTY INSURANCE COMPANY (Legal)**

**Current Information**

*Entity Legal Name:*
**HARTFORD CASUALTY INSURANCE COMPANY**

*Entity Address:*
**4040 VINCENNES CIRCLE, STE 100, INDIANAPOLIS, IN 46268**

***General Entity Information:***

Control Number: **198703-178**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **3/5/1987**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

*Registered Agent(name, address, city , state , zip):*
**CORPORATION SERVICE COMPANY**
**251 E. Ohio Street STE 500**
**Indianapolis , IN 46204**

*Principals(name, address, city, state, zip - when provided)*
**DAVID KENNETH ZWIENER**
**President**
**HARTFORD FIRE INSURANCE CO. HARTFORD PLAZA**
**HARTFORD , CT 06115**

**RICHARD GIBSON COSTELLO**
**Secretary**
**HARTFORD FIRE INSURANCE CO HARTFORD PLAZA**
**HARTFORD , CT 06115**

*Transactions:*

| Date Filed | Effective Date | Type |
|---|---|---|
| 03/05/1987 | 03/05/1987 | Articles of Incorporation |
| 12/01/1988 | 12/01/1988 | Application of Reinstatement |
| 10/24/1990 | 10/24/1990 | Articles of Amendment |
| 09/27/2000 | 09/27/2000 | Amended and Restated Articles |

| | | |
|---|---|---|
| 07/11/2001 | 07/11/2001 | Notice of Change of Registered Office or Registered Agent |
| 11/13/2003 | 11/13/2003 | Amended and Restated Articles |
| 07/06/2004 | 07/02/2004 | Notice of Change of Registered Office or Registered Agent |
| 03/09/2005 | 03/09/2005 | Notice of Change of Registered Office or Registered Agent |

***Corporate Reports:***

**Years Paid**

1987 1988 1989 1990 1991 1992 1993 1994 1995 1997 1999 2001 200
2005 2007

**Years Due**

None

**Additional Services Available:**

| | |
|---|---|
| GO | Generate an official Certificate of Existence/Authorization. There is a fee of $20.00 for *accessIndiana* subscribers and a fee of $23. credit card users. Example Certificate |

NEW SEARCH

*All the entity information captured by the Indiana Secretary of State, pursuant to law, is displayec Internet. For further information, please call our office at 317-232-6576. Copies of actual corporai documents can also be ordered online.*

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.

If you are unable to find the information you need through the resources provided on this web sit contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site