STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

WILLIAM TRIPP, INDIVIDUALLY AND
WILLIAM TRIPP D/B/A TRIPP DESIGN
NAVAL ARCHITECTURE

v.

HARTFORD CASUALTY INSURANCE
COMPANY

C.A. No. 1:07-CV-125

**STIPULATION TO EXTEND TIME TO ANSWER**

The parties stipulate that the time within which the defendants must answer or otherwise respond to the plaintiff's Complaint is extended up to and including April 25, 2007.

Plaintiff,
WILLIAM TRIPP, INDIVIDUALLY AND
WILLIAM TRIPP D/B/A TRIPP DESIGN
NAVAL ARCHITECTURE

By his attorneys,

/s/ Kevin C. Cain

Kevin C. Cain – R. I. Bar #3960
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Defendant,

/s/ Thomas C. Plunkett

Thomas C. Plunkett
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

PABOS2:KCAIN:659218_1
15174-92367