UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM TRIPP, INDIVIDUALLY AND WILLIAM TRIPP D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY | Civil Docket No. 1:07-CV-00125-S-LDA |

## STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

The parties stipulate that the time within which the defendants must answer or otherwise respond to the plaintiff's Complaint is extended up to and including May 21, 2007.

Plaintiff,
WILLIAM TRIPP, INDIVIDUALLY AND
WILLIAM TRIPP D/B/A TRIPP DESIGN
NAVAL ARCHITECTURE

By his attorneys,

/s/ Kevin C. Cain
Kevin C. Cain – R. I. Bar #3960
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Defendant,

/s/ Thomas C. Plunkett
Thomas C. Plunkett
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

PABOS2:KCAIN:659218_1
15174-92367