UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM TRIPP, INDIVIDUALLY AND WILLIAM TRIPP D/B/A TRIPP DESIGN NAVAL ARCHITECTURE<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY | Civil Docket No. 1:07-CV-00125-S-LDA |

**JOINT MOTION FOR REMAND**

The parties in the above-entitled action hereby move for an order remanding this suit to the Providence Superior Court. In support of this Motion, the parties state as follows:

After further factual inquiry and review of the applicable case law, the parties agree that this Court does not have subject matter jurisdiction because it is now clear that the defendant's principal place of business is in Hartford, Connecticut and not at its statutory business address in Indianapolis, Indiana, as originally assumed by defendant's counsel.

The parties agree that the case properly belongs in the Providence Superior Court as originally filed and captioned William Tripp v. Hartford Casualty Insurance Company, Civil Action No. 06-038.

For the foregoing reason, the motion for remand should be granted, and the matter

remanded to the Providence Superior Court.

PLAINTIFF

WILLIAM TRIPP, INDIVIDUALLY AND WILLIAM TRIPP D/B/A TRIPP DESIGN NAVAL ARCHITECTURE

By its attorneys,

/s/ Thomas C. Plunkett
Thomas C. Plunkett
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

DEFENDANT

HARTFORD CASUALTY INSURANCE COMPANY

By its attorneys,

/s/ Kevin C. Cain
Kevin C. Cain - R.I. Bar #3960
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: May 22, 2007.

CERTIFICATION

I hereby certify that on May 22, 2007 I served a true and accurate copy of the within Joint Motion to Remand to:

Thomas C. Plunkett
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

/s/ Kevin C. Cain
Kevin C. Cain

661500